IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 05-73M (MPT) |
| | ) | |
| BURTRAN MARSHALL, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO SEAL
## CRIMINAL COMPLAINT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States

Attorney for the District of Delaware and David L. Hall, Assistant United States Attorney for the

District of Delaware, moves that the Criminal Complaint and File in the above-captioned case be sealed

until further order of the Court.

COLM F. CONNOLLY
United States Attorney

BY: _____
David L. Hall
Assistant United States Attorney

Dated:  November 14, 2005

**IT IS SO ORDERED** this ___16___ day of ___November___, 2005.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

F I L E D

NOV 1 5 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE