IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>BURTRAN MARSHALL,<br><br>    Defendant. | )<br>)<br>) CR 05-100-UNA<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and David L. Hall, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and apprehension of defendant Burtran Marshall.

                 COLM F. CONNOLLY
                 United States Attorney

               By: _____
                 David L. Hall
                 Assistant United States Attorney

Dated: November 10, 2005

  AND NOW, to wit, this __10__ day of __November__, 2005, upon the foregoing Motion,

  IT IS HEREBY ORDERED that the Indictment and File in the above-captioned case be sealed until the arrest and apprehension of defendant.

               _____
               Honorable Mary Pat Thynge
               United States Magistrate Judge

FILED
NOV 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE