IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Cr. A. No. 05- 100 - UNA |
| : | |
| BURTRAN MARSHALL : | |

**REDACTED**

INDICTMENT

The Grand Jury for the District of Delaware charges that:

COUNT I

On or about October 14, 2003, in the State and District of Delaware, **BURTRAN MARSHALL**, defendant herein, did knowingly possess with the intent to distribute more than fifty grams of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

FILED
NOV 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE