IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05- 100-UNA |
| | ) | |
| BURTRAN MARSHALL | ) | |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and David L. Hall, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Burtran Marshall, as a result of the Indictment returned against him on November 10, 2005.

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: November 10, 2005

AND NOW, this __10__ day of __November__, 2005, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Burtran Marshall.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
NOV 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE