AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

Burtran Marshall

**WARRANT FOR ARREST**

CASE NUMBER: 05- 100-JNA

SE~~AL~~ED  UNSEALED 4/25/06 KJK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Burtran Marshall** when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__X__ Indictment  ____ Information  __ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)

**Possession with Intent to Distribute More Than 50 Grams of Cocaine Base**

in violation of Title __21__ United States Code, Section (s) __841(a)(1) and (b)(1)(A)__

FILED APR 26 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Honorable Mary Pat Thynge
Name of Issuing Officer

United States Magistrate ~~Judge~~
District of Delaware
Title of Issuing Officer

Signature of Issuing Officer

November 10, 2005    Wilmington, DE
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _Burtran Marshall_ |

| DATE RECEIVED 11-10-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4-25-06 | William David, DUSM | William Davy |

AO 442 (Rev. 12/85) Warrant for Arrest