# Peter A. Levin
Attorney at Law

1927 Hamilton Street
Philadelphia, PA 19130
(215) 563-3454
Fax (215) 563-3371

811 Church Road
Suite 105
Cherry Hill, N.J. 08002
(856) 429-8686



September 8, 2006

Brian Blackwell, Deputy Clerk
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

RE: RE: USA v. Burtran Marshall 05-100-SLR

Dear Mr. Blackwell:

    Enclosed please find originals of Pre Trial Motions in the above matter. I am also enclosing a disc with the motions formatted in Microsoft 4.0. I have a Mac and can not send them electronically.

    Thank you.

Sincerely,

Peter A. Levin