IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

V.

CRIMINAL NO. 05-100-SLR

BURTRAN MARSHALL

MOTION FOR PRODUCTION OF LAW ENFORCEMENT INTERVIEW REPORTS
OR NOTES WITH INDIVIDUALS WHO WILL NOT BE WITNESSES
AT TRIAL AND MEMORANDUM OF LAW IN SUPPORT THEREOF

Burtran Marshall, by and through his counsel Peter Levin, Esquire, respectfully requests this Honorable Court to Order the United States Attorney to produce any and all investigative reports or notes of the Federal Bureau of Investigation, or of any other Federal or State Law Enforcement Agency which contains memoranda of interviews conducted by employees of those agencies with individuals who will not be called as witnesses at the trial and who were interviewed as part of the investigation which resulted in the above captioned Indictment.

1. This Motion is filed in part pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976), in order to have produced all favorable or exculpatory evidence contained therein.

2. Only the defendant and not the Government or the Court can determine what is exculpatory or favorable within the meaning of the defendant's theory of his case.

3. If this Motion is not granted, the information required herein will be forever unavailable to the defendant.

4. The precedential basis for the defendant's request is the following

paragraph from United States v. Berkins, 383 F. Supp. 922, 930 (N.D. Ohio 1974):

> "However, the court finds that there has been a sufficient specific request the only request cited in the opinion is for interviews of persons contacted by government and records of unsuccessful attempts to corroborate allegations made in the Indictment. As to those interviews, memorandum and reports made from interviews with those persons who the government has determined not to call as witnesses. Conceding there are a variety of reasons for not calling a witness, but since the better practice is to resolve doubts as to the exculpatory nature of certain materials in favor of the defendant, and since the government no doubt has a somewhat different view of the exculpatory or mitigating nature of materials in its possession, the court directs the government to make available to the defense those memoranda and reports of persons not to be called as witnesses, doing so no later than two weeks prior to the trial."

WHEREFORE, the defendant respectfully requests this Honorable Court to Order the production of law enforcement interview reports or notes with individuals who will not be witnesses at the trial.

Respectfully submitted,

_____
Peter A. Levin, Esquire
1927 Hamilton Street
Philadelphia, PA 19130
(215) 563-3454

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**UNITED STATES OF AMERICA**

    V.

                                     CRIMINAL NO. 05-100-SLR

**BURTRAN MARSHALL**

### ORDER

AND NOW, to wit, this ____ day of _____, 2006 upon consideration of the within Motion for Production of Law Enforcement Interview Reports or Notes with Individuals Who Will Not be Witnesses at Trial, it is ORDERED and DECREED that the United States Attorney produce and copy for defense counsel all law enforcement interview reports or notes with individuals who will not be witnesses at trial.

                                       BY THE COURT:

                                       _____ J.

## CERTIFICATE OF SERVICE

Peter A. Levin, Esquire, hereby certifies that a true and correct copy of the within Motion has been served upon by by hand delivery to:

David L. Hall, Esquire
Assistant United States Attorney
1007 Orange Street
Suite 700
Wilmington, DE  19899-2046

_____
PETER A. LEVIN, ESQUIRE

Dated: 9/8/06