IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 05-100-SLR |
| ) | |
| BURTRAN MARSHALL, ) | |
| ) | |
| Defendant. ) | |

O R D E R

At Wilmington this 14th day of September, 2006;

IT IS ORDERED that a telephonic status conference is scheduled for **Wednesday, September 27, 2006 at 4:00 p.m.**, with the court initiating said call.

                                                      United States District Judge