IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Crim. No. 05-100-SLR |
| ) | |
| BURTRAN MARSHALL, ) | |
| ) | |
| Defendant. ) | |

### O R D E R

At Wilmington this 28th day of September, 2006, having conferred with counsel;

IT IS ORDERED that:

1. Plaintiff shall file a response to the pending motions (D.I. 16, 17, 18, 19, 20, 21, 22) on or before **October 5, 2006**.

2. Defendant shall file a reply, if any, on or before **October 19, 2006**.

                                                                              _____
                                                                              United States District Judge