IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal Action No. 05-100-SLR |
| ) | |
| BURTRAN MARSHALL ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ENTRY OF APPEARANCE

**PLEASE** enter the appearance of Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, as co-counsel of record for the Government in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney
Nemours Building, Suite 700
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899-2046
302-573-6277, x133
robert.kravetz@usdoj.gov

Dated: October 3, 2006

**CERTIFICATE OF SERVICE**

I, Theresa A. Jordan, an employee with the United States Attorney's Office, hereby certify that on October 3, 2006, I served the foregoing:

**NOTICE OF ENTRY OF APPEARANCE**

by causing two copies of said document to be served on counsel of record via First Class Mail as follows:

> Peter A. Levin
> 1927 Hamilton St.
> Philadelphia, PA 19130

*Theresa A. Jordan*