IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 05-100-SLR |
| | ) |
| BURTRAN MARSHALL, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 24th day of April, 2007,

IT IS ORDERED that the telephone status conference scheduled for

**April 24, 2007** is **cancelled** due to defense counsel's participation in a jury trial in the

Eastern District of Pennsylvania and is **rescheduled** to commence on **Monday, May 7,**

**2007** at  **8:45 a.m.**, with the court initiating said call.

United States District Judge