IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 05-100-SLR |
| ) | |
| BURTRAN MARSHALL, ) | |
| ) | |
| Defendant. ) | |

### ORDER

At Wilmington this   9th   day of May, 2007,

IT IS ORDERED that, due to illness of the presiding judge, the teleconference scheduled for May 7, 2007 has been **rescheduled** to commence on **Monday, May 14, 2007 at 8:45 a.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that the time between May 7, 2007 and May 14, 2007 shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

United States District Judge