IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 05-100-SLR |
| | ) | |
| BURTRAN MARSHALL, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

At Wilmington this 14th day of May, 2007, having conferred with counsel;

IT IS ORDERED that:

1. The deadline for filing pretrial motions will be reopened to accommodate concerns raised by defendant. Defendant shall be given a final opportunity to file pretrial motions on or before **June 4, 2007.** Such motions **must** be accompanied by an executed waiver of the Speedy Trial Act, 18 U.S.C. § 3161.

2. An evidentiary hearing will be conducted on **Thursday, June 28, 2007** at **3:00 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. Briefing shall follow.

3. The time between this order and June 4, 2007 shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

United States District Judge