IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 05-100-SLR |
| | ) |
| BURTRAN MARSHALL, | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this 5th day of June, 2007, having considered plaintiff's letter requesting the scheduling of a change of plea hearing;

IT IS ORDERED that a change of plea hearing is scheduled for **Thursday, June 28, 2007 at 3:00 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge