# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

V.

CRIMINAL NO. 05-100-SLR

BURTRAN MARSHALL

## MOTION FOR SENTENCING CONTINUANCE

Defendant, Burtran Marshall, by his attorney, Peter A. Levin, respectfully moves this Honorable Court to enter an Order for a sentencing continuance. In support thereof he asserts the following:

1. Defendant 's case is listed for sentencing on October 17, 2007

2. Counsel is aware that the U.S. Sentencing Commission plans to issue new guidelines on November 1, 2007 which will directly affect the defendant's sentence.

3. The probation department has no objection to the continuance and of this Motion being filed has not received a response from the Government

4.. This motion is not made for delay, but solely that justice may be done in ensuring that the defendant receives a sentence in a manner consistent with the rights guaranteed by the Sixth and Fourteenth Amendments to the United States Constitution

WHEREFORE, Defendant , respectfully requests this Honorable Court to enter an Order granting a sentencing continuance in this matter of 30-45 days.

Respectfully submitted,

/s/ Peter A. Levin

Peter A. Levin
1927 Hamilton Street
Philadelphia, PA  19130
(215)563-3454

## CERTIFICATE OF SERVICE

      Peter A. Levin, Esquire, hereby certifies that a true and correct copy of the within Motion has been served upon by First Class Mail to:

Robert Kravetz, , Esquire
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE 19801

/s/ Peter A. Levin
_____
Peter A. Levin, Esquire

DATE: 10/11/07