AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE _____

U.S.A

V.

Burtran Marshall

**EXHIBIT AND WITNESS LIST**

Case Number:  05-100-SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue L. Robinson | Peter Levin, Esq. | Robert Kravetz, Esq. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/11/07 - sentencing | V. Gunning | Tassone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/11/07 | | yes | "Butran Marshall Sentencing Hearing" |

FILED
DEC 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages