

NOTICE OF APPEAL

TO

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

UNITED STATES OF AMERICA

CRIMINAL NO. 05-100-SLR

BURTRAN MARSHALL

CHIEF JUDGE SUE L. ROBINSON

Notice is hereby given that BURTRAN MARSHALL appeals to the United States Court of Appeals for the Third Circuit from the Judgment entered in this action on December 11, 2007

Dated: December 13, 2007

_____
Counsel for Appellant

Counsel for Appellee

FILED
DEC 19 2007
DIST.

Peter A. Levin, Esquire
1927 Hamilton Street
Philadelphia, PA 19130
(215)563-3454

ROBERT F. KRAVETZ,, Esquire
United States Attorney's Office
1007 Orange Street
Suite 700
Wilmington, Delaware
19899-2046

(302) 573-6277